IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| TROY WILLIAMS | PLAINTIFF<br>COUNTER-DEFENDANT |
| VS. | |
| AMERICAN SERVICES, L.L.C. | CIVIL Action No.: 3:22-CV-00223-MPM-RP |
| | DEFENDANT<br>COUNTER-PLAINTIFF |

### AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and the Defendant, appearing by and through their respective attorneys of record, have appeared by way of a Joint Motion to Dismiss with Prejudice requesting that all matters in this case be dismissed with prejudice.

IT IS THEREFORE ORDERED AND DECREED that the claims of Plaintiff against Defendant be and they are hereby dismissed with prejudice. Further, the claims of Defendant against Plaintiff be and they are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all such other and further relief sought by this case which is not expressly granted herein is Denied. All court costs are taxed against the parties incurring same. This Order disposes of all claims and all parties.

SIGNED this __24__ day of __October__, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE